IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB 2 7 2006

Judge Blanche M. Manning
United States District Court

UNITED STATES OF AMERICA
        Plaintiff,

v.

Case No. 00-CR-539

Hon. Blanche Manning
Presiding Judge

JEROME MCGEE
        Defendant.

MOTION FOR INTERRUPTION AND STAY OF SENTENCE

NOW COMES the Defendant, Jerome McGee, Pro Se, and respectfully moves this Court presided over by the Honorable Judge Blanche Manning for an entry of an order interrupting and staying his sentence from Monday, February 27, 2006 at 5:00 p.m. until Monday, March 6, 2006 at 5:00 p.m. McGee proposes to use this interrupted time to attend his mother-in-law's open heart surgery that is scheduled for 8:00 a.m. Tuesday, February 28, 2006 and then to attend to his family's needs during the immediate recovery period.

As grounds, McGee submits the following:

1. This Court has authority to grant the relief requested under 28 U.S.C. §1651, also known as the "All Writs Act." Section 1651(a) states "[t]he Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usage and principles

-1-

of law." This Act gives the Court wide discretion to issue orders that are "necessary or appropriate." McGee believes that an order interrupting his sentence would be "appropriate" under the All Writs Act.

2. This request is not made without precedent in the Seventh Circuit and in this District.

(a). On May 29, 2005, the Hon. Charles Clevert of the United States District Court for the Eastern District of Wisconsin in United States v. William Pappas, No. 03-CR-293, granted a three-day interruption of sentence in connection with surgery on Pappas' father. Then, when on interruption, it was extended an additional four days by the Court.

(b). On August 16, 2005, United States District Judge Lynn Adelman of the Eastern District of Wisconsin ordered an interruption of sentence in United States v. Timothy Stotts, No. 99-CR-180. Stotts' sentence was interrupted for a five-day period to allow Stotts to attend the funeral of his family's grandmother (the Bureau does not consider a grandmother as an immediate family member) and to assist his mother who recently had surgery.

(c). On December 29, 2005, Judge James F. Holderman of the United States District Court for the Northern District of Illinois granted a five-day interruption to Mukesh Patel in United States v. Patel, 04-CR-293-3, so that Mr. Patel could attend the funeral of his father and comfort his family.

-2-

(d). On January 24, 2006, the Honorable Rudolph Randa of the United States District Court for the Eastern District of Wisconsin granted a three-day interruption to James Batemon, Jr. in United States v. Batemon, 01-CR-125, so that he could attend the funeral of his mother and comfort his family.

(e). On January 26, 2006, the Honorable Charles Clevert granted a five-day interruption to John Ellis in 02-CR-144 so that he could attend the funeral of his family's grandmother and comfort his family.

3. Jerome McGee was sentenced by this Court on July 13, 2001 to 87 months in prison for violating Title 18 U.S.C. §1962(c), Racketeering. He is now incarcerated at the Federal Prison Camp, Oxford, Wisconsin, a community custody facility, without fences or walls. McGee is a model inmate.

4. McGee's wife is Victoria Williams McGee. Her mother, Mildred Williams, is to have open heart surgery on Tuesday, February 28, 2006 at 8:00 a.m. The surgery will be performed at Saint Margaret's Hospital located at 5454 Hohman Avenue, Hammond, Indiana 46320. The hospital telephone number is (219) 932-2300. Mrs. Mildred Williams doctor is Dr. Kutum and his telephone number is (708) 229-0300. Jerome McGee is very close to his mother-in-law and desires to see her daughter's husband prior to her operation.

5. The staff at FPC Oxford will not grant furloughs to an inmate for more than 12-14 hours and it is usually for the death or operation of an immediate family relative. The Bureau does not recognize a grandparent or mother-in-law as part of the immediate family.

-3-

Jerome McGee wishes to attend the surgery and immediate recovery period for his mother-in-law's surgery.

6. If the interruption of sentence is granted, McGee will reside with his family at 13340 South Kilpatrick Avenue, Apartment 2 North, Crestwood, Illinois 60445. Telephone number (708) 389-1734 and (708) 856-6441.

7. If granted, the interruption of sentence, McGee will check in with United States Probation at 55 East Monroe Street, Chicago, Illinois 60602. McGee will also submit to urine testing while on the interruption of sentence. McGee will abide by any other conditions imposed by this Court or United States Probation.

8. An interruption of sentence would not reduce the number of days McGee will actually serve in prison. Any interrupted time will be added on to the end of McGee's sentence, resulting in no reduction of McGee's sentence.

9. If the interruption of sentence is granted, McGee will be picked up by his wife, Victoria McGee. All costs regarding McGee's transportation will be borne by McGee's family and not by the Federal Bureua of Prisons.

10. McGee realizes that while Judges of this Circuit and District have previously granted requests for interruptions of sentences to attend funerals, visit dying relatives, and comfort children and families, such requests are not granted as a matter of course. McGee realizes that absence from the family and family affairs is one of

-4-

the incidents of incarceration. However, McGee has been incarcerated for almost five years and his projected statutory release date to halfway house is December 30, 2007 (see attached Sentence Computation). McGee is not a flight risk, does not pose a danger to the community or any one person. McGee is well-respected in his community.

11. Although a number of courts throughout the nation believe that only the United States District Court in the district that the inmate is incarcerated can order an interruption, Seventh Circuit precedent as detailed above dictates that the Sentencing Court is the proper forum to request an interruption and stay of sentence.

12. This request is made in good faith and not to diminish the punishment aspect of McGee's sentence. If approved, the Court simply needs to confirm with the staff at Oxford, telephone number (608) 584-5511 that the facsimile number for purposes of sending a Court order is (608) 584-6241. It is important that this Court Order the interruption and stay of sentence from a specific date and time to a specific date and time.

THEREFORE, on the grounds listed above, Jerome McGee respectfully requests that the Court issue an Order Interrupting and Staying His Sentence from Monday, February 27, 2006 at 5:00 p.m. until his resurrender date and time of Monday, March 6, 2006 at 5:00 p.m., or as this Honorable Court sees fit.

Respectfully submitted,

Jerome McGee
Defendant

-5-

CERTIFICATE OF SERVICE

I, Jerome McGee swear, under penalty of perjury, that I sent the attached Motion For Interruption And Stay Of Sentence by facsimile and United States Mail to the United States Attorney located at 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604, facsimile by placing it in the United States Mailbox at FPC Oxford, Wisconsin postage prepaid, on February 23, 2006, prior to 11:00 p.m.

Respectfully submitted,

Jerome McGee
Defendant Pro Se
#13782-424
Federal Prison Camp
P.O. Box 1085
Oxford, WI 53952

```
   OXFPN   540*23  *           SENTENCE MONITORING              *      02-23-2006
PAGE 001          *           COMPUTATION DATA                 *      11:23:08
                              AS OF 02-23-2006

REGNO..: 13782-424 NAME: MCGEE, JEROME


FBI NO...........: 708714NB9               DATE OF BIRTH: 12-02-1964
ARS1.............: OXF/A-DES
UNIT.............: CAMP                     QUARTERS.....: X01-012U
DETAINERS........: NO                       NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 06-30-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-30-2007 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: ILLINOIS, NORTHERN DISTRICT
DOCKET NUMBER...................: 00 CR 539
JUDGE...........................: MANNING
DATE SENTENCED/PROBATION IMPOSED: 07-13-2001
DATE COMMITTED..................: 09-07-2001
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

---------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  545
OFF/CHG: RACKETEERING-T18USC1962C

SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   87 MONTHS
TERM OF SUPERVISION.............:    3 YEARS
DATE OF OFFENSE.................: 06-06-1996




   G0002       MORE PAGES TO FOLLOW . . .
```

```
   OXFPN  540*23 *            SENTENCE MONITORING           *      02-23-2006
PAGE 002 OF 002 *            COMPUTATION DATA              *      11:23:08
                             AS OF 02-23-2006

REGNO..: 13782-424 NAME: MCGEE, JEROME


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-24-2005 AT OXF AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-07-2001
TOTAL TERM IN EFFECT............:    87 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS        3 MONTHS
EARLIEST DATE OF OFFENSE........: 06-06-1996

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    07-13-2000     07-13-2000

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 341
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 12-30-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-05-2008


PROJECTED SATISFACTION DATE.....: 12-30-2007
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: OWES $1500.00 AS A CONDITION OF SUPERVISED RELEASE PER AMENDED
                JUDGMENT DATED 04-01-2003.




   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```